OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 **$ 000.27⁵**
02 1W
0001401623 AUG. 06. 2015

7/29/2015
JOHNSON, BRANDON CHRISTOPHER          Tr. Ct. No. C-213-010486-1382807-A
WR-83,524-02

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

RTS     *Discharged*

Abel Acosta, Clerk



N M R

BRANDON CHRISTOPHER JOHNSON
HUTCHINS UNIT - TDC # 1987644
1500 E. LANGDON RD.